*Kenneth A. Votre,* in support of the petition.

*David A. Shaw,* in opposition.

Decided October 16, 2006

## PRISCILLA BUGRYN ET AL. *v.* STATE OF CONNECTICUT

The plaintiffs' petition for certification for appeal from the Appellate Court, 97 Conn. App. 324 (AC 27095), is denied.

*Ross T. Lessack,* in support of the petition.

*J. Sarah Posner,* assistant attorney general, in opposition.

Decided October 16, 2006

## DEANNA PINETTE *v.* CASEY E. MCLAUGHLIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 769 (AC 25598), is denied.

*Max F. Brunswick,* in support of the petition.

*James E. Kernan,* in opposition.

Decided October 25, 2006

## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES *v.* CITY OF TORRINGTON ET AL.

The petition by the defendants the city of Torrington and Dan McGuiness for certification for appeal from the Appellate Court, 96 Conn. App. 313 (AC 26682), is denied.